Johnnie STERLING, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 62358.

Missouri Court of Appeals,
Western District.

Aug. 31, 2004.

Motion for Rehearing and/or Transfer to Supreme Court Denied Nov. 2, 2004.

John M. Schilmoeller, Kansas City, MO, for appellant.

Deborah Daniels, John M. Morris, Jefferson City, MO, for respondent.

Before HARDWICK, P.J., SPINDEN and NEWTON, JJ.

## ORDER

PER CURIAM.

Johnnie Sterling appeals the denial of his Rule 29.15 Motion without an evidentiary hearing. For reasons set forth in the Memorandum provided to the parties, we affirm. Rule 84.16(b).